UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| STANLEY KOGUT, et al. )<br>)<br>Plaintiffs, )<br>) No. 16 C 10199<br>v. )<br>) Judge Norgle<br>UNITED STATES, )<br>)<br>Defendant. ) | |

## WITHDRAWAL AND SUBSTITUTION OF COUNSEL

Please take notice that Assistant United States Attorney JAMES M. KUHN is no longer assigned to this case and the undersigned Assistant United States Attorney is substituted in place of that previously designated attorney. This designation is provided for informational purposes only and does not constitute an appearance, a motion, or a responsive pleading and does not waive any defenses. See LR 83.16(b).

Respectfully submitted,

JOEL R. LEVIN
Acting United States Attorney

By: s/ Jonathan C. Haile
    JONATHAN C. HAILE
    Assistant United States Attorney
    219 South Dearborn Street
    Chicago, Illinois 60604
    (312) 886-2055
    jonathan.haile@usdoj.gov